FILED

UNITED STATES DISTRICT COURT

2010 OCT -6 PM 1:00

WESTERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA, | SA10CR0865 FB |
|---|---|
| Plaintiff, | |
| v. | I N D I C T M E N T |
| ALVIN CLARK (1), and<br>HENRY HANSFORD (2), | [Vio: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(iii): Possession with Intent to Distribute a Controlled Substance; 18 U.S.C. § 2: Aiding & Abetting] |
| Defendants. | |

THE GRAND JURY CHARGES:

### COUNT ONE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(iii)]

That on or about September 30, 2010, in the Western District of Texas, Defendants,

**ALVIN CLARK (1), and**
**HENRY HANSFORD (2),**

aided and abetted by each other, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) &

841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

A TRUE BILL,


FOREPERSON

JOHN E. MURPHY
United States Attorney

DAVID M. SHEARER
Assistant United States Attorney

2